STATE OF INDIANA                    IN THE DIVISION COURT NO. __
COUNTY OF MONROE                     2021 TERM

**Traci Leturgez, as Parent and Natural**   CAUSE NO.: 53D___-2101-CT-_____
**Guardian, of Lilly Leturgez,**
**Plaintiff.**                       53C06-2101-CT-000006

vs.

**Target Corporation,**
**Defendant.**

## APPEARANCE BY ATTORNEY

Party Classification:   Initiating __XXX___   Responding _____   Intervening _____

1. The undersigned attorney and all attorneys listed on this form now appear in this case for the following party member(s): Lilly Leturgez

2. Applicable attorney information for service as required by Trial Rule 5(B)(2) and for case information as required by Trial Rules 3.1 and 77(B) is as follows:

Anthony J. Oliveira                   Attorney No.: 27612-64
Dennis, Wenger & Abrell, P.C.
324 W. Jackson Street                 Muncie, Indiana 47305
Phone: (765) 288-8950                 FAX: (765) 289-5803

3. There are other party members:   Yes_____   No __XX__.

4. *If first initiating party filing this case*, the Clerk is requested to assign this case the following Case Type under Administrative Rule 9(b)(3):  _CT_.

5. I will accept service by FAX at the above noted number:   Yes _____   No __XX__.

6. This case involves support issues.   Yes _____   No ___XX____.

7. There are related cases.   Yes _____   No _XX_____.

8. This form has been served on all other parties.  Certificate of Service is attached.
   Yes _XX__. No _____

9. Additional information required by local rule:

Dated this 4th day of January, 2021.

                                      /s/ Anthony J. Oliveira_____
                                      Anthony J. Oliveira, #27612-64

EXHIBIT "A"

## CERTIFICATE OF SERVICE

I certify that on the 4th day of January, 2021 service of a true and complete copy of the above and foregoing pleading or paper was made upon each party or attorney of record herein by depositing the same in the United States Mail in envelopes properly addressed to each of them and with sufficient first class postage affixed.

*/s/ Anthony J. Oliveira*
Anthony J. Oliveira, #27612-64
Attorney for Plaintiff
DENNIS, WENGER & ABRELL, P.C.
324 W. Jackson Street
Muncie, Indiana 47305
Phone: (765) 288-4425

| | |
|---|---|
| STATE OF INDIANA<br>COUNTY OF MONROE | IN THE DIVISION COURT NO. __<br>2021 TERM |
| **Traci Leturgez, as Parent and Natural Guardian, of Lilly Leturgez,**<br>**Plaintiff.** | CAUSE NO.: 53D___-2101-CT-_____<br><br>53C06-2101-CT-000006 |
| vs. | |
| **Target Corporation,**<br>**Defendant.** | |

## COMPLAINT

COMES NOW the Plaintiff, Traci Leturgez, as Parent and Natural Guardian, of Lilly Leturgez, by and through counsel, and for her claim against the Defendant, Target Corporation, would state and allege, upon information and belief, as follows:

### PARTIES

1) On January 7th, 2020, Plaintiff, Lilly Leturgez (Minor), was injured at the Target store, in Bloomington, Indiana operated by Target Corporation.

2) At all times relevant hereto, Plaintiff is and was a resident of Monroe County, Indiana.

3) Defendant, Target Corporation is and was, at all relevant times hereto, operating a business in Monroe County, Indiana, with a primary office located in Minneapolis, Minnesota.

### JURISDICTION AND VENUE

4) Jurisdiction over the parties and the subject matter of this action and venue may be properly exercised by this Court, pursuant to Trial Procedure Rules 4 and 75.

### FACTUAL BACKGROUND AND CHARGE

5) On January 7th, 2020, Plaintiff, Lilly Leturgez (Minor), was a business invitee shopping in the Target store in Bloomington, Indiana.

6) Defendant, as owners and operators of the store, or through its agents or employees, negligently failed to maintain the floor of the store in a reasonably safe condition.

7) Defendant, as owners and operators of the store, or through its agents or employees, allowed a file folder from the displays to fall on the floor and remain on the floor of the store when Defendant, or its agents or employees, knew, or in the exercise of reasonable care should have known, that the debris created an unreasonable risk of harm to customers in the store.

8) Defendant, as owners and operators of the store, or through its agents or employees, failed to warn Plaintiff of the danger presented by the presence of the debris on the floor.

9) Defendant failed to provide a nonslip surface on the floor of the store.

10) Defendant failed to otherwise exercise due care with respect to the matters alleged in this Complaint.

11) As a direct and proximate result of the negligence of Defendants as set forth below, Plaintiff slipped on the debris and fell while in the store.

12) Plaintiff contends that as a result of this negligence, negligence *per se,* and other negligent acts and omissions, by the Defendant that Plaintiff has been seriously injured, has experienced pain, suffering and mental anguish, has incurred medical, hospital and doctor expenses and is unable to lead life in the channels she was accustomed to before his slip and fall injuries caused by the fault of the Defendant.

13) As a result of the incident, Plaintiff, sustained multiple leg fractures which had to be surgically repaired by implanting medical hardware in the Plaintiff's leg.

14) Plaintiff has incurred past medical expenses and will incur future medical expenses.

15) Plaintiff has suffered and will continue to suffer from tremendous pain and mental anguish associated with the incident.

16) Defendant had a duty of care to ensure the premises were safe; and Defendant breached that duty of due care by:

   a) failing to maintain the aforementioned premises, including walkways, in a reasonably safe

condition for persons lawfully on said premises, to include the Plaintiff herein,

b) Failed to warn the Plaintiff and other persons lawfully on said premises of the dangerous condition when Defendants knew or should have known in the exercise of ordinary care that said warning was necessary to prevent injury to the Plaintiff.

c) Failed to make a reasonable inspection of its premises when it knew or in the exercise of ordinary care should have known that said inspection was necessary to prevent injury to the Plaintiff and others lawfully on said premises.

d) Was otherwise careless and negligent in the operation of its premises

e) and in other ways to be discovered and proven at trial.

17) As a direct and proximate result of the negligence of the Defendants, Plaintiff, Lilly Leturgez has suffered and will continue to suffer from physical injuries, mental anguish, and pain; has incurred past medical expenses and will incur future medical expenses, such that Defendants are liable to Plaintiff, Lilly Leturgez for her damages.

**PRAYER**

WHEREFORE, the Plaintiff prays for judgment against the Defendant in an amount which is reasonable and just under the circumstances, together with interest, costs and such other relief as to this Honorable Court seems just and proper.

Respectfully submitted,

/s/ Anthony J. Oliveira
Anthony J. Oliveira, Atty. No. 27612-64
ATTORNEY FOR PLAINITFF

## SUMMONS

| | |
|---|---|
| STATE OF INDIANA<br>COUNTY OF MONROE | IN THE DIVISION COURT NO. __<br>2021 TERM |
| **Traci Leturgez, as Parent and Natural Guardian, of Lilly Leturgez,**<br>**Plaintiff.** | CAUSE NO.: 53D___-2101-CT-_____<br>53C06-2101-CT-000006 |

vs.

**Target Corporation,**
**Defendant.**

To Defendant: <u>To CEO, or Highest Corporate Officer Found, Target Corporation, 1000 Nicollet Mall, Minneapolis, MN 55403, United States</u>

You have been sued by the person(s) named "Plaintiff" in the Court stated above for <u>a complaint accompanies this summons                                                                                        </u>.

The nature of the suit against you is stated in the complaint which is attached to this document. It also states the demand which the Plaintiff has made and wants from you[1].

You must answer the Complaint in writing, by you or your attorney, within twenty (20)[2] days commencing the day after you received this summons, or a judgment will be entered against you for what the plaintiff has demanded.

If you have a claim for relief against the Plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

The following manner of service of summons is hereby designated: **CERTIFIED MAIL**          .

Date: _1/5/2021_____

Clerk of the ~~Marion~~ County

[SEAL: MONROE COUNTY COURTS INDIANA]

Anthony Oliveira, #27612-64
Dennis, Wenger & Abrell, PC
324 West Jackson Street
Muncie, Indiana 47305
Phone: (765) 288-8950
Fax: (765) 289-5803
ATTORNEY FOR PLAINTIFF

---

[1] If the complaint is not attached, a copy is available for you in the Office of the Clerk of said Court.
[2] Or if the summons is served by registered or certified mail, within twenty-three (23) days.

RETURN OF SUMMONS

A. SERVICE BY MAIL

I hereby certify that on the _____ day of _____, 20____ at Bloomington, Indiana, I mailed a copy of this summons and a copy of the complaint to the defendant(s) _____
_____
by registered or certified mail, requesting a return receipt and that

(1) said return receipt was received by me on the _____ day of _____, 20___, and is attached hereto.

(2) said mailing was returned without acceptance.

Dated this _____ day of _____, 20_____.

_____
Clerk

B. SERVICE BY SHERIFF

I hereby certify that I have served this summons on the _____ day of _____, 20_____:

(1) By delivering a copy of the summons and a copy of the complaint to the defendant, _____.

(2) By leaving a copy of the summons and a copy of the complaint at _____, the dwelling place or usual place of abode of the said defendant
_____
(3) _____

Sheriff of _____ County, Indiana

By _____
     Deputy

## SUMMONS

| | |
|---|---|
| STATE OF INDIANA | IN THE DIVISION COURT NO. __ |
| COUNTY OF MONROE | 2021 TERM |

**Traci Leturgez, as Parent and Natural Guardian, of Lilly Leturgez,**
**Plaintiff.**

CAUSE NO.: 53D___-2101-CT-_____

53C06-2101-CT-000006

vs.

**Target Corporation,**
**Defendant.**

  To Defendant: <u>To CEO or Highest Corporate Officer Found, Target Corporation, 2966 E 3rd St, Bloomington, IN 47401</u>

  You have been sued by the person(s) named "Plaintiff" in the Court stated above for <u>a complaint accompanies this summons                                                                                                             </u>.

  The nature of the suit against you is stated in the complaint which is attached to this document. It also states the demand which the Plaintiff has made and wants from you[1].

  You must answer the Complaint in writing, by you or your attorney, within twenty (20)[2] days commencing the day after you received this summons, or a judgment will be entered against you for what the plaintiff has demanded.

  If you have a claim for relief against the Plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

  The following manner of service of summons is hereby designated: **CERTIFIED MAIL           **.

Date: __1/5/2021_____

_[signature]_
Clerk of the ~~Marion~~ County

[MONROE COUNTY COURTS SEAL, INDIANA]

Anthony Oliveira, #27612-64
Dennis, Wenger & Abrell, PC
324 West Jackson Street
Muncie, Indiana 47305
Phone: (765) 288-8950
Fax: (765) 289-5803
ATTORNEY FOR PLAINTIFF

---

[1] If the complaint is not attached, a copy is available for you in the Office of the Clerk of said Court.
[2] Or if the summons is served by registered or certified mail, within twenty-three (23) days.

RETURN OF SUMMONS

A. SERVICE BY MAIL

    I hereby certify that on the _____ day of _____, 20\_\_\_\_ at Bloomington, Indiana, I mailed a copy of this summons and a copy of the complaint to the defendant(s) _____
_____
by registered or certified mail, requesting a return receipt and that

    (1) said return receipt was received by me on the _____ day of _____, 20\_\_\_, and is attached hereto.

    (2) said mailing was returned without acceptance.

    Dated this _____ day of _____, 20_____.

                                        _____
                                        Clerk

B. SERVICE BY SHERIFF

    I hereby certify that I have served this summons on the _____ day of _____, 20_____:

    (1) By delivering a copy of the summons and a copy of the complaint to the defendant, _____.

    (2) By leaving a copy of the summons and a copy of the complaint at _____, the dwelling place or usual place of abode of the said defendant
_____
    (3) _____

                      Sheriff of _____ County, Indiana

                      By _____
                          Deputy

## SUMMONS

| | |
|---|---|
| STATE OF INDIANA<br>COUNTY OF MONROE | IN THE DIVISION COURT NO. __<br>2021 TERM |
| Traci Leturgez, as Parent and Natural Guardian, of Lilly Leturgez,<br>Plaintiff. | CAUSE NO.: 53D___-2101-CT-<br><br>53C06-2101-CT-000006 |

vs.

**Target Corporation,**
**Defendant.**

To Defendant: To Registered Agent for Target Corporation, C T CORPORATION SYSTEM, 334 North Senate Avenue, Indianapolis, IN, 46204, USA

You have been sued by the person(s) named "Plaintiff" in the Court stated above for <u>a complaint accompanies this summons                                                                                                                     </u>.

The nature of the suit against you is stated in the complaint which is attached to this document. It also states the demand which the Plaintiff has made and wants from you[1].

You must answer the Complaint in writing, by you or your attorney, within twenty (20)[2] days commencing the day after you received this summons, or a judgment will be entered against you for what the plaintiff has demanded.

If you have a claim for relief against the Plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

The following manner of service of summons is hereby designated: **CERTIFIED MAIL**        .

Date: 1/5/2021

Clerk of the ~~Marion~~ County

[SEAL - MONROE COUNTY COURTS, INDIANA]

Anthony Oliveira, #27612-64
Dennis, Wenger & Abrell, PC
324 West Jackson Street
Muncie, Indiana 47305
Phone: (765) 288-8950
Fax: (765) 289-5803
ATTORNEY FOR PLAINTIFF

---

[1] If the complaint is not attached, a copy is available for you in the Office of the Clerk of said Court.
[2] Or if the summons is served by registered or certified mail, within twenty-three (23) days.

RETURN OF SUMMONS

A.  SERVICE BY MAIL

    I hereby certify that on the _____ day of _____, 20\_\_\_\_ at Bloomington, Indiana, I mailed a copy of this summons and a copy of the complaint to the defendant(s) _____
_____
by registered or certified mail, requesting a return receipt and that

    (1) said return receipt was received by me on the _____ day of _____, 20\_\_\_, and is attached hereto.

    (2) said mailing was returned without acceptance.

    Dated this _____ day of _____, 20_____.

                                                           _____
                                                            Clerk

B.  SERVICE BY SHERIFF

    I hereby certify that I have served this summons on the _____ day of _____, 20_____:

    (1) By delivering a copy of the summons and a copy of the complaint to the defendant, _____.

    (2) By leaving a copy of the summons and a copy of the complaint at _____, the dwelling place or usual place of abode of the said defendant
_____
    (3) _____

                              Sheriff of _____ County, Indiana

                              By _____
                                  Deputy

IN THE MONROE COUNTY SUPERIOR COURT 6
STATE OF INDIANA

| | |
|---|---|
| TRACI LETURGEZ, as Parent and Natural Guardian, of Lilly Leturgez, )<br><br>Plaintiff, )<br><br>vs. )<br><br>TARGET CORPORATION, )<br><br>Defendant. ) | CAUSE NO.: 53C06-2101-CT-000006 |

### E-FILING APPEARANCE BY ATTORNEY IN CIVIL CASE

1. The party on whose behalf this form is being filed is:

   Initiating:____    Responding: _XX_    Intervening:___; and

the undersigned attorney and all attorneys listed on this form now appear in this case for the following parties:

Name of party  Target Corporation

Address of party *(see Question #6 below if this case involves a protection from abuse order, a workplace violence restraining order, or a no-contact order)*

_____
_____
_____
_____

Telephone # of party_____
*(List on continuation page additional parties this attorney represents in this case.)*

2. Attorney information for service as required by Trial Rule 5(B)(2):

   Name:  Jeffrey S. Zipes             Attorney Number:  15303-29
   Address:  Coots, Henke & Wheeler, P.C.   Telephone:   317 844-4693
             255 East Carmel Drive         FAX:         317 573-5385
             Carmel, Indiana 46032-2689    Computer Address: jzipes@chwlaw.com
   *(List on continuation page additional attorneys appearing for above party)*

IMPORTANT: Each attorney specified on this appearance:

   (a) certifies that the contact information listed for him on the Indiana Supreme Court Roll of Attorneys is current and accurate as of the date of this Notice of Appeal;

> (b) **acknowledges that all orders, opinions, and notices from the court in this matter that are served under Trial Rule 86(G) will be sent to the attorney at the email address(es) specified by the attorney on the Roll of Attorneys regardless of the contact information listed above for the attorney; and**
> (c) **understands that he is solely responsible for keeping his Roll of Attorneys contact information accurate, see Ind. Admis. Disc. R. 2(A).**

Attorneys can review and update their Roll of Attorneys contact information on the Clerk of Courts Portal at http://portal.courts.in.gov.

3.  This is a __CT__ case type as defined in administrative rule 8(B)(3):

4.  This case involves child support issues. Yes:___ No:_X_ *(If yes, supply social security numbers for all family members on separately attached document filed as confidential information on* **light green paper**. *Use Form TCM-TR3.1-4.)*

5.  This case involves a protection from abuse order, a workplace violence restraining order, or a no-contact order. Yes: ___ No___XX___ *(If Yes, the initiating party must provide an address for the purpose of legal service but that address should not be one that exposes the whereabouts of a petitioner.)* The party shall use the following address for purposes of legal service:

    _____ Attorney's address
    _____ The Attorney General Confidentiality program address
    (Contact the Attorney General at 1-800-321-1907 or e-mail address is **confidential@atg.state.in.us).**
    _____ Another address (provide)

This case involves a petition for involuntary commitment. Yes: _____ No: _X_

6.  If Yes above, provide the following regarding the individual subject to the petition for involuntary commitment:

    a.  Name of the individual subject to the petition for involuntary commitment if it is not already provided in #1 above:
        _____

    b.  State of Residence of person subject to petition: _____

    c.  At least one of the following pieces of identifying information:
        (i)   Date of Birth _____
        (ii)  Driver's License Number _____
              State where issued _____ Expiration date _____
        (iii) State ID number _____
              State where issued _____ Expiration date _____
        (iv)  FBI number _____
        (v)   Indiana Department of Corrections Number _____
        (vi)  Social Security Number is available and is being provided in an attached confidential document. Yes ____ No ____

7.  There are related cases. Yes:___ No:_X_ *(If yes, list on continuation page)*

8 .   Additional information required by local rule: _____

9. There are other party members represented by undersigned counsel:  Yes:___  No:__X__  (*If yes, list on continuation page*)

10.  This form has been served on all other parties. Certificate Of Service is attached: Yes:X No:

                               _____/s/ Jeffrey S. Zipes_____
                               Jeffrey S. Zipes 15303-29
                               Target Corporation, Defendant

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on **January 21, 2021**, I electronically filed the foregoing document using the Indiana E-filing System ("IEFS").  I certify that the foregoing person was electronically served a copy of the foregoing document:

Anthony Oliveira
Dennis, Wenger & Abrell, PC
324 West Jackson Street
Muncie, Indiana 47305

                               _____/s/ Jeffrey S. Zipes_____
                               Jeffrey S. Zipes

Jeffrey S. Zipes            15303-29
COOTS HENKE & WHEELER, P.C.
255 East Carmel Drive
Carmel, IN  46032
(317)  844-4693
jzipes@chwlaw.com